UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MATTHEW DeMAINE

    Plaintiff,

v.     Case No.: 6:19-cv-2311-Orl-41DCI

DESIGNERS CHOICE CABINETRY, LLC
a Delaware Limited Liability Company,
    Defendant.
_____/

## ATTORNEY ETHAN B. BABB
## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Attorney Ethan B. Babb hereby files this Motion to Withdraw as Counsel for Plaintiff, Matthew DeMaine ("Plaintiff"), and, in support thereof, states as follows:

1. Effective February 28, 2020, Ethan B. Babb will no longer be associated with the law firm of Arcadier, Biggie & Wood, PLLC. ("ABW").

2. Ethan B. Babb respectfully request that the Court grant this Unopposed Motion to Withdraw as Counsel for Plaintiff and that Clerk remove Ethan B. Babb and his associated email addresses from the electronic filing notice and mailing matrix.

3. Plaintiff is continuing to be represented by ABW, and ABW attorneys, Joseph C. Wood and Maurice Arcadier who also undersigned counsel in this action.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)

The undersigned certifies, pursuant to Middle District Rule 3.01(g), that he has conferred with counsel for Defendant on February 18, 2019 and they do not object to the motion.

1

Dated this 19th day of February 2020.

*s/Ethan B. Babb*
Ethan B. Babb, Esq.
Florida Bar No.: 0127488
babb@abwlegal.com
Joseph C. Wood, Esq.
Florida Bar No.0093839
wood@abwlegal.com
Maurice Arcadier, Esq.
Florida Bar No.: 0131180
arcadier@abwlegal.com
**ARCADIER, BIGGIE & WOOD, PLLC.**
2815 W. New Haven, Suite 304
Melbourne, Florida 32904
Tel: (321) 953-5998
Fax: (321) 953-6075
office@abwlegal.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the original of the foregoing was filed with the Clerk of Court by using the CM/ECF system and will send a notice of electronic filling to all counsel of record on this 19th day of February 2020.

*/s/ Ethan B. Babb, Esquire*
Ethan B. Babb, Esquire

2