UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MATTHEW DEMAINE,**

      **Plaintiff,**

v.                                          Case No. 6:19-cv-2311-CEM-DCI

**DESIGNERS CHOICE
CABINETRY, LLC,**

      **Defendant.**

## ORDER

THIS CAUSE is before the Court on Joint Motion to Approve Settlement and Dismiss Case (Doc. 27). The United States Magistrate Judge issued a Report and Recommendation (Doc. 28), recommending that the Motion be granted in part and denied in part.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that the parties filed a Joint Notice of No Objection (Doc. 29), the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

    1. The Report and Recommendation (Doc. 28) is **ADOPTED** and made a part of this Order.

2. The Joint Motion to Approve Settlement and Dismiss Case (Doc. 27) is **GRANTED in part and DENIED in part**.

    a. Section 9 of the Settlement Agreement (Doc. 27-1) is **STRICKEN**.

    b. The Settlement Agreement (Doc. 27-1) is otherwise **APPROVED**.

    c. This case is **DISMISSED with prejudice**.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on March 1, 2021.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record